UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:06-00031 |
| | ) | JUDGE CAMPBELL |
| TIM DICKERSON | ) | |

ORDER

Pending before the Court are the Defendant's Motion To Modify Condition Of Supervised Release (Docket No. 889), and Amended Motion To Modify Condition Of Supervised Release (Docket No. 890). Through the Motions, the Defendant seeks to modify the condition of his supervised release requiring that he obtain a General Equivalency Diploma (GED), and indicates that the Probation Office is in agreement with the request. The Defendant waives a hearing on the Motions. The Government has filed a Response (Docket No. 892) indicating that it does not oppose the Defendant's request. The Motion is GRANTED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE